UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRADLEY RAY CAIRNES,

              Plaintiff,

   v.

PAMELA HEMMINGER, et al.,

              Defendants.

Case No. C24-0486-JCC

ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

Because plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B).  *See, e.g.*, *Cairnes v. Hemminger*, No. C22-1614JLR, 2022 WL 17415130 (W.D. Wash. Dec. 5, 2022).  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 12th day of April, 2024.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 1